KUHN, J.,
concurring.
| ]Although I agree with the result I do not believe it is necessary to hold that the agreement is not a bond for deed. Whether the arrangement between the parties is characterized as a bond for deed or an oral residential lease agreement with an indefinite term, the requisite notice was not given. Because notice was not timely, I agree with the reversal of the judgment of eviction and find it unnecessary to characterize the parties’ arrangement. The rights of the parties — whether they exist under the written agreement or as a result of an oral arrangement — must be adjudicated in an ordinary proceeding and not in a summary eviction proceeding, which is the specific relief requested in the pleadings, see Carriere v. Bank of Louisiana, 95-3058 (La.12/13/96), 702 So.2d 648, 665. Accordingly, I concur in the result.